# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR215 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JONATHAN PEREZ and | ) | |
| JESSICA BRUCE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Jessica Bruce (Bruce) (Filing No. 48). Bruce seeks a continuance of the trial of this matter which is scheduled for November 4, 2013. Bruce's counsel represents Bruce will file an affidavit wherein Bruce represents that she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Bruce's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Bruce's motion to continue trial (Filing No. 48) is granted.

2. Trial of this matter as to both defendants, Jonathan Perez and Bruce, is re-scheduled for **December 9, 2013,** before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 29, 2013, and December 9, 2013,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 29th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge